IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>            Plaintiff,<br><br>vs.<br><br>V. LOPEZ, et al.,<br><br>            Defendants.<br>_____/ | 1:12-cv-01155-SKO (PC)<br><br>ORDER DISREGARDING<br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>( Motion #6) |

On July 30, 2012, Plaintiff filed an application to proceed in forma pauperis.  In as much as the Court granted Plaintiff's previous application to proceed in forma pauperis on July 18, 2012, Plaintiff's application of July 30, 2012, is HEREBY DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:    August 14, 2012**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE